No. 527. CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 795 ET AL. *v.* YELLOW TRANSIT FREIGHT LINES, INC., ET AL. C. A. 10th Cir. Certiorari granted. *David Previant* for petitioners. *Charles B. Blackmar, Carl T. Smith* and *Malcolm Miller* for respondents.

No. 533, Misc. HAMILTON *v.* ALABAMA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Alabama granted. Case transferred to appellate docket. *Thurgood Marshall, Jack Greenberg, Peter A. Hall* and *Orzell Billingsley, Jr.* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *James W. Webb* and *John G. Bookout,* Assistant Attorneys General, for respondent.

No. 453. BRYAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Stanley Worth, Claude C. Pierce* and *Edward S. Smith* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 491. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* CHICAGO & NORTH WESTERN RAILWAY Co.; and

No. 525. CHICAGO & NORTH WESTERN RAILWAY Co. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. C. A. 8th Cir. Certiorari denied. *Alden B. Howland* and *Bennett A. Webster, Jr.* for petitioner in No. 491. *Carl McGowan* for petitioner in No. 525 and respondent in No. 491. Reported below: 280 F. 2d 110.